IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

vs.                          Civil Action No. 6:14-CV-473-ORL-22TBS

HEATHER BELL A/K/A HEATHER
GOOD, an individual, ROBERT SLOTNICK,
an individual and MINISTRI FAMILY, LLC,
a Virginia limited liability company

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__    IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                        2013-CA-00543 Sumter County Circuit Court, In Re Approval for Transfer of Structured Settlement Proceeds by Heather Bell a/k/a Heather Good;
                        2013-CA-8727-O Orange County Circuit Court, Heather Bell v. Robert Slotnick;
                        CL12-000340-01 City of Richmond Circuit Court, Garnishment Action, Ministri Family, LLC v. Jonathan Bell and Heather Bell;
                        CL11-878 Virginia: Circuit Court of the County of Henrico, Old Homes, Inc. v. Robert D. Slotnick.

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon

each party no later than fourteen days after appearance of the party.

Dated:  April 9, 2014

>Respectfully submitted,
>
>/s/Stephanie A. Segalini_____
>Stephanie A. Segalini, Esq.
>Florida Bar Number: 092630
>Sara A. Brubaker, Esq.
>Florida Bar Number: 0105769
>**AKERMAN LLP**
>420 South Orange Avenue
>Suite 1200
>Orlando, FL  32801
>Phone:  (407) 423-4000
>Fax:     (407) 843-6610
>Email:  stephanie.segalini@akerman.com
>Email:  sara.brubaker@akerman.com
>Counsel for *Plaintiff Metropolitan Life Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of April, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing and I have sent via U.S. Mail to Heather Bell, 1466 Nolan Court, Orlando, Florida 32814 and to Robert Slotnick, 11900 Westcott Ridge Terrace, Glen Allen, Virginia 23059, pro se parties.

>/s/ Stephanie A. Segalini_____
>Stephanie A. Segalini, Esq.
>Florida Bar Number: 092630
>**AKERMAN LLP**

{28464149;1}