# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**METROPOLITAN LIFE INSURANCE COMPANY,**

      **Plaintiff,**

v.                                                          Case No:   6:14-cv-473-Orl-22TBS

**HEATHER BELL, ROBERT SLOTNICK and MINISTRI FAMILY, LLC,**

      **Defendants.**

## ORDER

This cause is before the Court on Defendant Robert Slotnick's Motion to Dismiss for Lack of *In Personam* Jurisdiction (Doc. No. 10) filed on April 18, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 18, 2014 (Doc. No. 28), is ADOPTED and CONFIRMED and made a part of this Order.

2. Defendant Robert Slotnick's Motion to Dismiss for Lack of *In Personam* Jurisdiction (Doc. No. 10) is hereby DENIED.

**DONE** and **ORDERED** in Orlando, Florida on August 15, 2014.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties