IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**METROPOLITAN LIFE INSURANCE COMPANY,**

      CASE NO.: 6:14-CV-473-ORL-22GJK

    Plaintiff,

v.

**HEATHER BELL A/K/A HEATHER GOOD,** an individual, **ROBERT SLOTNICK,** an individual, and **MINISTRI FAMILY, LLC**, a Virginia limited liability company,

    Defendants.
_____/

### PLAINTIFF'S, METROPOLITAN LIFE INSURANCE COMPANY, UNOPPOSED MOTION TO DROP DEFENDANT, ROBERT SLOTNICK

Plaintiff, METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 21, hereby files Unopposed Motion to Drop Defendant, ROBERT SLOTNICK ("Slotnick"), and states in support thereof:

### PROCEDURAL AND FACTUAL BACKGROUND

1.    On March 21, 2014, MetLife filed its Complaint for Interpleader, naming Slotnick and Defendant, HEATHER BELL ("Bell"), as defendants. [Dkt. 1]

2.    On April 1, 2014, MetLife properly served Slotnick with the Complaint and a summons. [Dkt. 11]

3.    On April 9, 2014, MetLife filed its Amended Complaint for Interpleader, adding Defendant, MINISTRI FAMILY, LLC ("Ministri"), as a defendant, and requesting that this

Court resolve the competing claims of Slotnick, Bell and Ministri to an annuity issued to Bell by MetLife.  [Dkt. 6]

4. On April 18, 2014, Slotnick filed his Motion to Dismiss for Lack of Personal Jurisdiction.  [Dkt. 10]

5. On May 6, 2014, MetLife filed its Response in Opposition to Slotnick's Motion to Dismiss for Lack of Personal Jurisdiction.  [Dkt. 12]

6. On July 18, 2014, Magistrate Judge Smith entered his Report and Recommendation on Slotnick's Motion to Dismiss for Lack of Personal Jurisdiction, recommending that the motion be denied, and giving Slotnick fourteen (14) days in which to file specific written objections.

7. Slotnick did not file any specific written objections to Magistrate Judge Smith's Report and Recommendation.  Accordingly, on August 15, 2014, this Court entered its Order adopting Magistrate Judge Smith's Report and Recommendation, and denying Slotnick's Motion to Dismiss for Lack of Personal Jurisdiction.  [Dkt. 31]

8. Thereafter, MetLife was made aware that Slotnick released any and all claims to the annuity at issue in this case by a written release.

## MEMORANDUM OF LAW

9. Pursuant to Federal Rule of Civil Procedure 21, this Court may, on motion or on its own, at any time, on just terms, add or drop a party.  Fed. R. Civ. P. 21; *see, e.g.*, *Fritz v. American Home Shield Corp.*, 751 F. 2d 1152, 1154 (11th Cir. 1985) (noting that "the district court generally has discretion to determine whether to allow dropping of parties").

10. As a result of Slotnick's release, Slotnick no longer has a competing claim to the annuity at issue, and his presence in this matter is no longer necessary.  All parties to this case,

MetLife, Bell, Slotnick and Ministri, consent to the dropping of Slotnick from this action without prejudice. Accordingly, this Court should exercise its discretion to drop Slotnick as a party from this action.

### Certificate of Compliance with Local Rule 3.01(g)

11.   The undersigned attorney hereby certifies that she conferred with Heather Bell, Robert Slotnick, and with Ministri Family, LLC's counsel, who each confirmed that there is <u>no objection</u> to this motion or the relief requested herein.

WHEREFORE, Plaintiff, METROPOLITAN LIFE INSURANCE COMPANY, respectfully requests that this Court drop Defendant, ROBERT SLOTNICK, from this action without prejudice, and order that this case proceed accordingly.

Dated: August 25, 2014

Respectfully submitted,

<u>/s/ Sara A. Brubaker</u>
Stephanie A. Segalini, Esquire
Fla. Bar No.: 092630
Sara A. Brubaker, Esquire
Fla. Bar No.: 0105769
E-mail: stephanie.segalini@akerman.com
AKERMAN LLP
420 South Orange Avenue
Post Office Box 231 (32802-0231)
Orlando, Florida 32801-3483
Tel.:   (407) 423-4000
Fax:   (407) 843-6610
*Attorneys for Plaintiff, Metropolitan Life Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing, and I have sent the foregoing via U.S. Mail to Heather Bell, 1466 Nolan Court, Orlando, Florida 32814, Robert Slotnick, 11900 Westcott Ridge Terrace, Glen Allen, Virginia 23059.

/s/ *Sara A. Brubaker*
Sara A. Brubaker, Esquire
**AKERMAN LLP**