UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

v().                                              Case No.  6:14-cv-473-Orl-22TBS

HEATHER BELL a/k/a HEATHER GOOD,
ROBERT SLOTNICK, and MINISTRI
FAMILY, LLC,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This case comes before the Court on Plaintiff Metropolitan Life Insurance Company's Unopposed Motion to Drop Defendant Robert Slotnick (Doc. 32).

    Plaintiff brings this interpleader action to resolve competing claims to the annuity funds it periodically pays to Defendant Heather Bell.  (Doc. 6, ¶ 8).  Bell wants to transfer her rights in the annuity to a settlement funding company.  (Id., ¶ 10).  Plaintiff has objected to any transfer of the annuity because Bell has two unpaid creditors.  Defendant Robert Slotnick appears to hold an unsatisfied judgment against Bell, and Ministri Family, LLC brought a garnishment action against her.  (Docs. 10, 28).

    The pending motion alleges that Slotnick has executed a written release, releasing any and all claims he might otherwise have to the annuity.  (Doc. 32, ¶ 8). Based upon this release, Plaintiff argues that Slotnick is no longer a necessary party to the action.  Counsel for Plaintiff represents that she has conferred with all the

parties, including Slotnick, and they have consented to this Court dropping Slotnick from the action without prejudice. (Id., ¶ 10).

The Court may, on the motion of a party, or on its own motion, "on just terms," drop a party at any time. FED.R.CIV.P. 21. Accepting Plaintiff's representations as true, I find Slotnick's presence no longer affects the issues being litigated, and his absence from the case will not prejudice the remaining parties. Therefore, I respectfully recommend the Court:

(1) Find Slotnick is dispensable;

(2) Exercise its discretion to grant Plaintiff's motion; and

(3) Drop Slotnick as a party, without prejudice.

Specific written objections may be filed in accordance with 28 U.S.C. § 636, and Rule 6.02, Local Rules, M.D. Fla., within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

**IN CHAMBERS** in Orlando, Florida, on August 25, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

Presiding United States District Judge
Counsel of Record
Pro Se Parties

-2-