UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

v.                                         Case No: 6:14-cv-473-Orl-22TBS

HEATHER BELL, ROBERT SLOTNICK
and MINISTRI FAMILY, LLC,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiff Metropolitan Life Insurance Company's (MetLife) Limited Objection to Report and Recommendation or Alternative Motion for Clarification of Report and Recommendation. (Doc. 42). MetLife objects or, in the alternative, asks me to clarify, one aspect of my Report and Recommendation ("R&R"), dated September 23, 2014 (Doc. 40). Specifically, MetLife seeks clarification of my recommendation that it be required to give a bond for the remaining amounts payable under an annuity it issued to Defendant Heather Bell, and that it be allowed to self-surety the bond.[1] The motion is due to be **GRANTED** and I hereby **WITHDRAW** the R&R.

**DONE** and **ORDERED** in Orlando, Florida on October 9, 2014.

THOMAS B. SMITH
United States Magistrate Judge

---

[1] MetLife also points out a scrivener's error regarding the outstanding amount of the annuity in the R&R. This will be corrected in the Amended Report and Recommendation.

Copies furnished to:

> Counsel of Record
> Unrepresented Parties