IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO: 6:14-CV-473-ORL-22GJK

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

v.

HEATHER BELL A/K/A HEATHER GOOD,
an individual, ROBERT SLOTNICK, an individual,
and MINISTRI FAMILY, LLC, a Virginia limited
liability company,

    Defendants.
_____/

**DEFENDANT'S NOTICE THAT THE AMENDED
REPORT AND RECOMMENDATION (DE 44) IS UNOPPOSED**

COMES NOW, Defendant MINISTRI FAMILY, LLC ("Defendant"), by and through its undersigned counsel, and hereby files this, Defendant's Notice that the Amended Report and Recommendation is Unopposed, and states the following in support thereof:

1. On October 9, 2014, this Court entered its Amended Report and Recommendation (DE 44) opining that this Court Deny Bell's Emergency Motion to Dismiss and Grant MetLife's Motion for Interpleader.

2. Pursuant to the Court's Report and Recommendation, 28 U.S.C. §636, and M.D. Fla. R. 6.02, specific written objections to the report and recommendation may be filed within fourteen (14) days after service of the report and recommendation. Failure to timely file objections shall bar the party from de novo determination by a district judge and from attacking factual findings on appeal.

3. No party has filed any written objections to the Amended Report and Recommendation (DE 44) within the time required.

4. As such the Amended Report and Recommendation is unopposed.

5. MINISTRI FAMILY, LLC, respectfully requests an Order from this Court adopting the Amended Report and Recommendation.

WHEREFORE Defendant respectfully requests an Order from this Honorable Court adopting Magistrate Judge Smith's Amended Report and Recommendation.

Respectfully submitted by:

 /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251 – 5500
Fax: (813) 251 – 3675
dgolden@gsgfirm.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080