# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MINISTRI FAMILY, LLC,**

       **Plaintiff,**

v.                                                **Case No:   6:14-cv-473-Orl-22TBS**

**HEATHER BELL,**

       **Defendant.**

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (Doc. No. 67) (hereinafter, "R&R"), filed on August 12, 2015; Plaintiff Ministri Family, LLC's (hereinafter, "Ministri") Objections (Doc. No. 72) to the R&R, filed on September 9, 2015; and Defendant Heather Bell's (hereinafter, "Bell") Response (Doc. No. 75) opposing Ministri's Objections, filed on September 24, 2015.

After reviewing this matter *de novo* and carefully considering the Magistrate Judge's comprehensive R&R, Ministri's Objections to the R&R, and Bell's Response to the Objections, the undersigned judge agrees with the Magistrate Judge's conclusions that (1) Heather Bell qualifies as a beneficiary, within the meaning of Fla. Stat. § 222.14, under Metropolitan Life Insurance Company's Group Annuity Contract No. 8281 (Certificate No. 38299), and (2) the Release and Settlement Agreement and the Uniform Qualified Assignment and Release that are the subject of this lawsuit constitute annuities under the same statutory section. The undersigned judge concurs in the Magistrate Judge's interpretation of Florida law and, further, agrees that *In re Solomon*, 95 F.3d 1076 (11th Cir. 1996) (*per curiam*), is distinguishable based on the reasoning articulated in the R&R.

Based on the foregoing, it is ordered as follows:

1. The Magistrate Judge's Report and Recommendation (Doc. No. 67), filed on August 12, 2015, is approved and adopted.

2. Ministri's Objections (Doc. No. 72), filed on September 9, 2015, are overruled.

3. Ministri's Motion for Summary Judgment (Doc. No. 55), filed on May 21, 2015, is denied.

4. Bell's Response in Opposition to Ministri's Motion for Summary Judgment (Doc. No. 62), filed on June 29, 2015, treated as a motion for summary judgment, is granted.

5. The Clerk shall enter a document entitled "Final Judgment and Permanent Injunction" which shall provide as follows:   The Court declares that the annuity payments under Metropolitan Life Insurance Company's Group Annuity Contract No. 8281 (Certificate No. 38299) ("the Annuity") are exempt from garnishment and other creditor process pursuant to Fla. Stat. § 222.14. The Clerk shall return the 2015 Annuity payment (*see* Doc. No. 51) to Metropolitan Life Insurance Company.  The injunction in the Court's Order (Doc. No. 50), signed on March 3, 2015 and docketed on March 4, 2015, is lifted as to Defendant Heather Bell.   Plaintiff Ministri Family, LLC is hereby permanently enjoined from instituting or prosecuting any proceeding in state or federal court affecting the Annuity or payments thereunder.

6. The Clerk shall close this case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 23, 2015.

*[signature]*
ANNE C. CONWAY
United States District Judge

- 3 -

Copies furnished to:

Counsel of Record
Unrepresented Parties
Magistrate Judge
Clerk's Finance Office